## In re IBASIS, INC. DERIVATIVE LITIGATION.

**David Shutvet and Victor Malozi, Plaintiffs–Appellants,**

v.

**Ofer Gneezy, Gordon J. Vanderbrug, Richard G. Tennant, Charles Corfield, Charles M. Skibo, W. Frank King, David Lee, Robert H. Brumley, Daniel Price, John G. Henson, Jr., Michael J. Hughes, Charles Giambalvo, John Jarve, Charles M. Houser, Carl Redfield, Paul H. Floyd, and iBasis Inc., Defendants–Appellees,**

and

**Jonathan D. Draluck, Defendant–Appellee.**

No. 2008–1473.

United States Court of Appeals, Federal Circuit.

Aug. 14, 2008.

A.W. Phinney III, Mintz, Levin, Cohn, Ferris, Glovsky, Boston, MA, for Defendants–Appellees.

Jeffrey P. Fink, Robbins Umeda & Fink, LLP, San Diego, CA, for Plaintiffs–Appellants.

ON MOTION

*ORDER*

David Shutvet and Victor Malozi (Shutvet) move to transfer this appeal to the United States Court of Appeals for the First Circuit. Shutvet states that the motion is unopposed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.